**UNITED STATES of America, Plaintiff–Appellee**

v.

**Steven Dale ROBINSON, Defendant–Appellant.**

**No. 15–2119.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 30, 2015.

Filed: Oct. 9, 2015.

James L. Spies, The Law Office of James L. Spies, P.A., Kansas City, KS, for appellant.

of Missouri.

Justin G. Davids, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

**PER CURIAM.**

Steven Robinson appeals the within-Guidelines-range sentence that the district court[1] imposed after he pleaded guilty to a federal bank robbery charge. His counsel has moved to withdraw, and in a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel challenges the substantive reasonableness of the sentence.

Upon careful review, we conclude that the sentence is not substantively unreasonable. *See United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc) (abuse-of-discretion review); *see also United States v. Callaway,* 762 F.3d 754, 760 (8th Cir.2014). Further, having independently reviewed the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

The judgment is affirmed, and we grant counsel's motion to withdraw.

---

1. The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.